IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEANDER INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-310-RP |
| U.S. DEPARTMENT OF, THE INTERIOR, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendants' Rule 12(b)(1) Motion to Dismiss Plaintiff Leander Independent School District's (the "District") Complaint, (Dkt. 14). (R. & R., Dkt. 18). In his report and recommendation, Judge Lane recommends that the Court grant the motion. (*Id.* at 9). The District timely filed objections to the report and recommendation. (Objs., Dkt. 21).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because the District timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules the District's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 18), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, (Dkt. 14), is **GRANTED**.

**IT IS FINALLY ORDERED** that the District's claims are **DISMISSED WITHOUT PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on March 29, 2023

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE